DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6809
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 20-MJ-71773-MAG |
| Plaintiff, | STIPULATED [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING DATE AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| LUIS RENDEROS AVALOS, | |
| Defendant. | |

Defendant Luis Renderos Avalos appeared before the Court on December 10, 2020 for an initial appearance and December 14, 2020 for a detention hearing in the above-captioned case. Following the detention hearing, the Honorable Laurel Beeler set an arraignment/preliminary hearing for January 20, 2021 at 10:30 a.m. The parties now ask for a continuance and exclusion of time through February 26, 2021 for the reasons identified below.

1. Since Mr. Avalos's initial appearance, the government has produced discovery to the defendant's counsel in this matter, and defense counsel is in the process of reviewing this discovery and discussing it with Mr. Avalos in order to prepare a defense. The government has also proposed a potential pre-indictment resolution in this matter, which Mr. Avalos and his counsel also are in the

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 20-mj-71773

process of reviewing.

2. The parties believe that failure to grant the continuance would deny Mr. Avalos and his counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and their availability. As such, undersigned counsel request a new hearing date of February 26, 2021.

3. Defense counsel represents that his client understands that he has a right under 18 U.S.C. § 3161(b) to be charged by information or indictment with the offense alleged in the pending criminal complaint and that his client knowingly and voluntarily waives that right and agrees to continue to exclude the time to be charged by indictment through February 26, 2021. Defense counsel further represents that his client knowingly and voluntarily waives the timing for preliminary hearing under Federal Rule of Criminal Procedure 5.1 through February 26, 2021. This waiver of time will allow time for defense counsel to review the discovery with Mr. Avalos and will additionally allow the parties to continue to attempt to resolve this matter pre-indictment.

4. For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure for preliminary hearing, and the date under the Speedy Trial Act by which defendants must be charged by indictment or information, the parties agree that the time period of January 20, 2021, to February 26, 2021, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv), on the basis that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the availability of defense counsel. The parties agree that timing for a preliminary hearing under Rule 5.1 should additionally be waived for this same period.

5. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which an information or indictment must be filed.

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 20-mj-71773

|   |   |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED: 1/19/2021 |

DATED: 1/19/2021                                    /s/
                                                   MARJA-LIISA OVERBECK
                                                   Assistant United States Attorney

DATED: 1/19/2021                                    /s/
                                                   ERICK GUZMAN
                                                   Counsel for Defendant Luis Renderos Avalos

## [PROPOSED] ORDER

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Hearing Date and (2) Findings of Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the availability of defense counsel.

THEREFORE, FOR GOOD CAUSE SHOWN: IT IS SO ORDERED.

The hearing for preliminary hearing and arraignment on information or indictment in this matter currently scheduled for January 20, 2021 before this Court is continued to 10:30 a.m. on February 26, 2021. The time period of January 20, 2021 to February 26, 2021, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv), and timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure is waived for that period.

///

///

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

DATED: _____

_____
HON. ALEX G. TSE
United States Magistrate Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 20-mj-71773